IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr173-MHT** |
| | ) | (WO) |
| **WILLIAM KYLE RICHARDS** | ) | |

SUPPLEMENTAL ORDER ON
CONDITIONS OF SUPERVISED RELEASE

In accordance with the judgment of conviction entered today, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall arrange for defendant Richards to receive mental-health treatment in accordance with the recommendations of Dr. Adriana Flores. *See* Psychological Evaluation (Doc. 118) at 26-27. Specifically, the Probation Office shall arrange for defendant Richards to receive: (1) as soon as possible, any psychotropic medications he was taking during his incarceration, until a new psychiatric consultation can be arranged; (2) outpatient psychotherapy that will assist him in handling the stresses he experiences after his release, at least twice per month; (3) within

21 days of release, a psychiatric consultation so that he can continue receiving any medication he took during incarceration or obtain new psychotropic medication if appropriate; (4) family therapy with his children; and (5) the opportunity to attend Narcotics Anonymous (NA) meetings and to work with a sponsor.

DONE, this the 22nd day of April, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE